**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Linda Du

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DU, <br><br> Plaintiff, <br><br> v <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. SACV16-00146 AS <br><br> [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND NINE HUNDRED SIXTY-ONE DOLLARS and THIRTY-THREE CENTS ($3,961.33), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS  ($0.00), as authorized by 28 U.S.C. § 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: October 19, 2016

/ s / Alka Sagar
_____
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

1